**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RUSHANE OSHANE EVANS,** | : | |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 26-4869** |
| | : | |
| **J.L. JAMISON et al.,** | : | |
| *Respondents.* | : | |

**ORDER**

**AND NOW,** this **17th** day of **July 2026,** upon consideration of Rushane Oshane Evans's

Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is

**GRANTED**.  It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Evans from custody immediately and file a certificate

   of compliance on the docket no later than 5:00 p.m. on June 29, 2026.

2. The Government is enjoined from detaining Mr. Evans under 8 U.S.C. § 1226(a) for seven

   (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/S/ Kai N. Scott*

**HONORABLE KAI N. SCOTT**
**United States District Court Judge**